594

■

**M.W.**

v.

**M.B.**

2130946

Court of Civil Appeals of Alabama.

01/30/2015

Reh. denied 03/13/2015

Affirmed

■

**K.W.**

v.

**LAUDERDALE CTY. DEP'T
OF HUMAN RES.**

2130958

Court of Civil Appeals of Alabama.

02/17/2015

Dismissed

■

**Wayne MILLER et al.**

v.

**BALDWIN CTY. PLANNING
& ZONING COMM'N**

2130960

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

■

**A.M.D.**

v.

**BALDWIN CTY. DEP'T
OF HUMAN RES.**

2130963

Court of Civil Appeals of Alabama.

01/30/2015

Affirmed

■

**J.J.**

v.

**LAUDERDALE CTY. DEP'T
OF HUMAN RES.**

2130965

Court of Civil Appeals of Alabama.

02/17/2015

Dismissed

